UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK CROUCH,

    Plaintiff,                                             Case No. 1:15-cv-919

v.                                                           HON. JANET T. NEFF

NRA LLC, et al.,

    Defendants.

_____/

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Mark Crouch, through his attorney of record, and defendants NRA LLC, BOC LLC, UPG, LLC, Midwestern Alliance, LLC, David Michael Carr, Russell M. Campise, Sr. and Heron Easton Simmonds, through their attorneys of record, being all of the parties who have appeared in this action, stipulate to the immediate dismissal of this action, with prejudice as to all parties, and with no award of costs to any party**.**

Dated: December 1, 2015                  /s/ Phillip C. Rogers
                                                                  Phillip C. Rogers (P34356)
                                                                   Attorney for Plaintiff
                                                                   40 Pearl Street, N.W., Suite 336
                                                                   Grand Rapids, Michigan 49503-3026
                                                                   (616) 776-1176
                                                                   ConsumerLawyer@aol.com

Dated: December 1, 2015                  /s/ Brendan Hoffman Little
                                                                   Brendan Hoffman Little
                                                                   Lippes Mathias Wexler Friedman LLP
                                                                   Attorneys for Defendants
                                                                   665 Main Street, Suite 300
                                                                   Buffalo, New York 14203
                                                                   (716) 853-5100
                                                                   blittle@lippes.com